IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD GASSER,

                      Plaintiff,

      v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                      Defendant.

ORDER

13-cv-158-wmc

---

      Pursuant to a joint motion for remand (dkt. #25) filed by the parties on June 3, 2015, IT IS HEREBY ORDERED that this matter is REMANDED to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g) for further proceedings as set forth in that stipulation. The clerk of court is directed to enter judgment accordingly.

      Entered this 4th day of June, 2015.

                      BY THE COURT:

                      /s/

                      _____
                      WILLIAM M. CONLEY
                      District Judge