IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| DONALD GASSER, | |
|       Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case No. 13-cv-158-wmc |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
|       Defendant. | |

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Donald Gasser against defendant Carolyn W. Colvin remanding this case to the Commissioner of Social Security for further proceedings pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).


        s/ A. Wiseman, Deputy Clerk                  June 5, 2015
        Peter Oppeneer, Clerk of Court                     Date