IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DONALD GASSER,

        Plaintiff,                           JUDGMENT IN A CIVIL CASE

   v.                                         Case No. 13-cv-158-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Donald Gasser attorney fees and costs in the amount of $4,500.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


      s/ A. Wiseman, Deputy Clerk               July 29, 2015
      Peter Oppeneer, Clerk of Court                    Date